FILED: June 26, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1490 (L)
(EPA-R03-OAR-2013-0211)

_____

STATE OF CONNECTICUT; STATE OF MARYLAND

    Petitioners

v.

THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY

    Respondent

COMMONWEALTH OF VIRGINIA

    Intervenor

_____

CORRECTED ORDER

_____

This corrected order supersedes the court's order entered earlier today.

The court grants the motion to withdraw the motion for a revised briefing schedule. The briefing order issued June 20, 2014, remains in effect.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk