FILED: July 3, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1490 (L)
(EPA-R03-OAR-2013-0211)

_____

STATE OF CONNECTICUT; STATE OF MARYLAND

      Petitioners

v.

THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY

      Respondent

COMMONWEALTH OF VIRGINIA

      Intervenor

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to file separate briefs, the court grants the motion, the combined length of which shall not exceed the length limitations established by Rule 32(a)(7) of Federal Rules of Appellate Procedure.

All parties to a side shall continue to share time for oral argument provided

by this court's Local Rule 34(d).

For the Court--By Direction

/s/ Patricia S. Connor, Clerk